**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

THONG V.,

Petitioner,

v.

MARKWAYNE MULLIN, *Secretary, Department of Homeland Security*;

TODD BLANCHE, *Attorney General*;

DAVID VENTURELLA, *Acting Director, Immigration and Customs Enforcement*;

DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*,

Respondents.

Civil No. 26-4336 (JRT/LIB)

**ORDER ON MOTION TO DISSOLVE**

Eric Prindle, **ERIC PRINDLE LAW OFFICE PLLC**, 3520 Colfax Avenue South, Minneapolis, MN 55408, for Petitioner.

Carl Berry and David W. Fuller, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Respondents.

Petitioner Thong V. was arrested by federal agents on August 25, 2026, and is currently in Immigration and Customs Enforcement ("ICE") custody in Minnesota. (Pet. Writ. Of Habeas Corpus ¶ 7, Oct. 8, 2026, Docket No. 1.) In response to Petitioner's Petition for Writ of Habeas Corpus (*id.*), the Court entered an order precluding removal

of Petitioner from the District of Minnesota until the Court issued an order on the pending Petition (October 12, 2026, Docket No. 5). Respondents represent that Petitioner's removal is now imminent and move to dissolve that order. (Mot., Oct. 23, 2026, Docket No. 9; Mem. in Supp., Oct. 23, 2026, Docket No. 10.)

The October 12, 2026 order does not bar Respondents from executing a valid final order of removal. Because the relief Respondents seek is not prohibited by the existing order, there is no need to dissolve it. Accordingly, the motion to dissolve will be denied.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Motion to Dissolve (Docket No. [9]) is **DENIED**.

Respondents shall provide an update no later than 4:00 p.m. on October 31, 2026, indicating whether Petitioner has been removed. If Petitioner has not been removed by that time, Petitioner shall provide updated information on when that removal is expected to occur.

DATED: October 27, 2026
at Minneapolis, Minnesota.

_______/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge